**Order filed October 6, 2016**



In The

# Fourteenth Court of Appeals

————————

NO. 14-15-00634-CV

————————

**POWELL DORFAYE, ET AL, Appellant**

**V.**

**BRECKENRIDGE AT CITY VIEW APARTMENTS, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1064270**

## ORDER

On August 12, 2015, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 15-33972. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on October 21, 2015. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM